NUMBER 13-01-404-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


H. COTTON KINNEY AND EARL TYLER , Appellants,


v.


JUAN GARCIA , Appellee.

____________________________________________________________________


On appeal from the 197th District Court

of Cameron County, Texas.

____________________________________________________________________
O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellants, H. COTTON KINNEY AND EARL TYLER , perfected an appeal from a judgment entered by the 197th
District Court of Cameron County, Texas, in cause number 2000-12-4887-C . After the record was filed, the parties filed a
joint motion to dismiss the appeal. In the motion, the parties state that this case has been resolved and appellants no longer
wish to prosecute this appeal. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 16th day of August, 2001 .